Matthew C. Bernstein (Bar No. 199240)
MBernstein@perkinscoie.com
Perkins Coie LLP
11988 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 720-5721
Facsimile: (858) 720-5799

Garret A. Leach, P.C. (*pro hac vice*)
garret.leach@kirkland.com
Maria A. Maras (*pro hac vice*)
maria.maras@kirkland.com
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 863-2200

Attorneys for Plaintiff
TREEFROG DEVELOPMENTS, INC.
D/B/A LIFEPROOF

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREEFROG DEVELOPMENTS, INC. D/B/A LIFEPROOF, <br><br> Plaintiff, <br><br> vs. <br><br> SEIDIO, INC., <br><br> Defendant. | CASE NO. **'13CV0158 IEG   KSC** <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff Treefrog Developments, Inc. d/b/a LifeProof ("LifeProof") brings this Complaint against Defendant Seidio, Inc. ("Seidio"), alleging as follows:

## PARTIES

1. Plaintiff LifeProof is a Delaware corporation with its principal place of business at 15110 Avenue of Science, San Diego, California 92128.

2. LifeProof designs, manufactures, and markets protective cases for use in all environments, which provide functionality and interactivity with smartphones and tablet computers.

3. Upon information and belief, Defendant Seidio is a Texas corporation with its principal place of business at 10415 Westpark Dr., Suite B, Houston, Texas 77042.

4. Seidio designs, engineers, manufactures, markets, and sells cases for mobile devices such as smartphones and tablet computers.

5. Seidio conducts business and sells its consumer electronics accessories throughout the United States via physical retail stores and various websites, including, but not limited to, www.seidio.com, www.seidioonline.com, www.bestbuy.com, and www.amazon.com.

## JURISDICTION AND VENUE

6. This action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, and seeks damages and injunctive relief pursuant to 35 U.S.C. §§ 271, 281, and 283–285.

7. This Court has subject matter jurisdiction over the action pursuant to 28 U.S.C. §§1331 and 1338(a) because this action arises under the Acts of Congress relating to patents.

8. This Court has personal jurisdiction over Seidio because, upon information and belief, Seidio has had, and continues to have, regular and systematic contacts with the State of California and with this judicial district by selling or offering to sell products that infringe the patent at issue in this case, or by conducting other business within this judicial district. In addition, this Court has personal jurisdiction over Seidio because, upon information and belief, Seidio has used, offered for sale, and/or sold infringing products and placed such infringing products in the stream of commerce with the expectation that such infringing products would be used, offered for sale, and/or sold within the State of California and this judicial district.

9. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and/or 1400 because, upon information and belief, Seidio conducts substantial business directly and/or through third parties or agents in this judicial district by selling and/or offering for sale infringing products, and/or by conducting other business in this judicial district.  Furthermore, LifeProof is headquartered and has its principal place of business in this judicial district, sells competing products in this judicial district, and has been harmed by Seidio's conduct in this judicial district.

## COUNT I

10. Paragraphs 1–9 are incorporated into this count by reference.

11. United States Patent No. 8,342,325 (the "'325 Patent"), entitled "Housing For Receiving And Encasing An Object," was duly and legally issued on January 1, 2013.  The '325 Patent was duly and legally assigned to LifeProof, and LifeProof owns and has full rights to sue and recover damages and other relief for infringement of the '325 Patent.  A copy of the '325 Patent is attached hereto as Exhibit 1.

12. Seidio has infringed, and is still infringing, the '325 Patent by making, using, offering for sale, and selling infringing products, including but not limited to the Seidio OBEX case for use with the Samsung Galaxy S III smartphone, within the United States.

13. Seidio's infringement of the '325 Patent has been without permission, consent, authorization, or license of LifeProof.

14. Seidio's infringement of the '325 Patent has injured LifeProof, and LifeProof is entitled to recover damages adequate to compensate it for Seidio's infringement.

15. Seidio has caused LifeProof substantial damages and irreparable injury by its infringement of the '325 Patent, and LifeProof will continue to suffer damage and irreparable injury unless and until the infringement by Seidio is enjoined by the Court.  LifeProof has no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff LifeProof respectfully requests that judgment be entered in favor of LifeProof and against Defendant Seidio and further prays that the Court grant the following relief to LifeProof:

A. A judgment that Seidio has infringed the '325 Patent;

B. Entry of a preliminary and a permanent injunction pursuant to 35 U.S.C. § 283 enjoining Seidio, as well as its officers, directors, servants, consultants, managers, employees, agents, attorneys, successors, assigns, affiliates, subsidiaries, and all persons in active concert or participation with any of them, from infringement of the '325 Patent, including but not limited to making, using, offering to sell, selling, or importing any products that infringe the '325 Patent;

C. An award of all damages adequate to compensate LifeProof for Seidio's infringement, such damages to be determined by a jury and, if necessary, an accounting of all damages;

D. An award of prejudgment and post-judgment interest to LifeProof pursuant to 35 U.S.C. § 284;

E. A declaration that this case is exceptional under 35 U.S.C. § 285 and an award of the reasonable attorneys' fees, costs, and expenses incurred by LifeProof in this action; and

F. Such other and further relief as the Court may deem just and proper.

## **JURY DEMAND**

Plaintiff LifeProof hereby demands a trial by jury on all issues and claims so triable.

1 | Dated: January 19, 2013 | Respectfully submitted,

s/ Matthew C. Bernstein
Matthew C. Bernstein
MBernstein@perkinscoie.com
Perkins Coie LLP
11988 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 720-5721
Facsimile: (858) 720-5799

Attorney for Plaintiff
TREEFROG DEVELOPMENTS, INC.
D/B/A LIFEPROOF

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS<br>Treefrog Developments, Inc. d/b/a LifeProof | DEFENDANTS<br>Seidio, Inc. |
|---|---|
| (b) County of Residence of First Listed Plaintiff  San Diego, CA<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant  Harris, TX<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)*<br>Matthew C. Bernstein<br>Perkins Coie LLP, 11988 El Camino Real, Suite 200, San Diego, CA 92130-3334, (858) 720-5700 | Attorneys *(If Known)*<br>'13CV0158 IEG  KSC |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☒ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | LABOR | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other:<br>☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. § 1 et seq.    35:0271 (vam)

Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*    JUDGE _____    DOCKET NUMBER _____

DATE: 01/19/2013

SIGNATURE OF ATTORNEY OF RECORD: s/ Matthew C. Bernstein

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE